UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. |
| v. | : Crim. No. 09- 729 (MCC) |
| TERRELL M. TUCKER | : SEALING ORDER |

This matter having been brought before the Court upon the application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Lakshmi Srinivasan Herman, Assistant U.S. Attorney, appearing), for an order sealing the Indictment and Arrest Warrant filed on this date, and for good cause shown,

IT IS on this 25th day of September, 2009,

ORDERED that, with the exception of copies provided to the United States Attorney's Office and law enforcement officers, the Indictment, Arrest Warrant and all other documents filed in this matter be and hereby are SEALED until the arrest of defendant TERRELL M. TUCKER is accomplished or until further order of this Court.

Hon. Madeline Cox Arleo
United States Magistrate Judge