## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. MARY L. COOPER |
| v. | : | CRIM NO. 09-729 |
| TERRELL M. TUCKER | : | <u>DETENTION ORDER</u> |

      This matter having come before the Court on the motion of the United States by Paul J. Fishman, United States Attorney for the District of New Jersey (Jennifer Davenport, Assistant United States Attorney, standing in for Lakshmi Srinivasan Herman, Assistant United States Attorney, appearing), in the presence of Lisa Van Hoeck, Assistant Federal Public Defender, standing in for Brian P. Reilly, Assistant Federal Public Defender, for an order pursuant to Title 18, United States Code, Section 3142(e), detaining defendant Terrell M. Tucker without bail pending trial in the above-entitled matter, and the Court having considered the presentations of counsel on October 21, 2009, and defendant Terrell M. Tucker having temporarily waived his right to present further information to the Court, the Court makes the following findings:

      1.  On October 21, 2009, the Court apprised defendant Terrell M. Tucker that he was charged by a criminal Indictment with having been convicted of a crime punishable by imprisonment for a term exceeding one year in the Superior Court of New Jersey, and that he did knowingly possess in and affecting

-2-

commerce one firearm, namely a Charles Daly, model number 1911, .45 caliber semi-automatic pistol, bearing serial number CD017305, in violation of Title 18, United States Code, Section 922(g)(1). The offense charged carries a mandatory maximum penalty of not more than 10 years imprisonment.

    2. On October 21, 2009, defendant Terrell M. Tucker consented to detention, without prejudice to his right to present a bail application on a future date.

IT IS, therefore, on this 22nd day of October, 2009,

ORDERED, pursuant to Title 18, United States Code, Section 3142, that defendant Terrell M. Tucker be committed to the custody of the Attorney General or her authorized representative pending trial; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant Terrell M. Tucker be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, defendant Terrell M. Tucker shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings; and it is further

-3-

ORDERED that defendant Terrell M. Tucker is hereby ordered detained pending trial in the above-entitled matter without prejudice to his right to present a bail application on a future date.

                                        S/MARY L. COOPER
                                    HONORABLE MARY L. COOPER
                                    United States District Judge